IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:14-CR-00089 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALLER, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS SECOND SUPERSEDING |
| Defendant. | ) | INDICTMENT |

Now comes the United States of America, through its counsel, Carole S. Rendon, United States Attorney, and James V. Moroney, Assistant United States Attorney, and respectfully moves this Court for an order to dismiss the Second Superseding Indictment as it pertains to Defendant Mark Aller (Counts 1, 4, 6, and 50). A copy of the Order of Dismissal is attached hereto.

Respectfully submitted,

CAROLE S. RENDON
United States Attorney

By: /s/ James V. Moroney

James V. Moroney (OH: 0019064)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3827
(216) 522-2403 (facsimile)
James.Moroney@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ James V. Moroney
James V. Moroney
Assistant U.S. Attorney